No. 80–1925.  UNITED TRANSPORTATION UNION *v.* LONG ISLAND RAILROAD CO. ET AL.  C. A. 2d Cir.  [Certiorari granted, 452 U. S. 960.]  Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.  Motion of American Public Transit Association for leave to participate in oral argument as *amicus curiae* denied.

No. D–251.  IN RE DISBARMENT OF GOLD.  It is ordered that Frederick B. Gold, of Birmingham, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–656.  CONSOLIDATED FOODS CORP. *v.* UNGER.  C. A. 7th Cir.  Motion of petitioner to consolidate this case with No. 80–6045, *Kremer* v. *Chemical Construction Corp.* [certiorari granted, 452 U. S. 960], denied.

No. 81–5332.  IN RE BAXLEY.  Petition for writ of mandamus denied.

No. 81–244.  LORETTO *v.* TELEPROMPTER MANHATTAN CATV CORP. ET AL.  Appeal from Ct. App. N. Y.  Probable jurisdiction noted.

No. 81–328.  RODRIGUEZ ET AL. *v.* POPULAR DEMOCRATIC PARTY ET AL.  Appeal from Sup. Ct. P. R.  Probable jurisdiction noted.  Reported below: —— P. R. R. ——.

No. 81–341.  GREENE ET AL. *v.* LINDSEY ET AL.  Appeal from C. A. 6th Cir.  Probable jurisdiction noted.